# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PAUL KENNY, | |
| Plaintiff, | NO. 3:19-CV-00416 |
| v. | (JUDGE CAPUTO) |
| PRISONER TRANSPORT SERVICES, LLC, *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 16th day of July, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 11) filed by Defendants is **GRANTED**.

(2) The Clerk of Court is directed to **TRANSFER** this case, pursuant to 28 U.S.C. § 1631, to the United States District Court for the District of Arizona.

(3) The Clerk of Court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge